UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. MULLER, et al., | No. 2:20-cv-0489-EFB P |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF SOLANO, et al., | |
| Defendants. | |

Plaintiffs are proceeding without counsel in an action brought under 42 U.S.C. § 1983. To proceed with a civil action, plaintiffs must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Neither of the plaintiffs have paid the fee or submitted applications for leave to proceed in forma pauperis.

If plaintiffs wish to proceed, they must submit either the filing fee or the applications required by § 1915(a) within 30 days from the date of service of this order. The Clerk of the Court is directed to mail to plaintiffs two form applications for leave to proceed in forma pauperis. Failure to comply with this order may result in the dismissal of this action.

So ordered.

Dated: March 11, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE