MATTHEW D. MULLER
2450 Clay Bank Road
Fairfield, CA 94533
PHONE: (415) 322-0492
FAX: (415) 366-3326
matt@projectjusticeforall.org

FILED

MAR 18 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MULLER, et al., | Case No. 2:20-cv-489-EFB |
| Plaintiffs, | MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| v. | |
| COUNTY OF SOLANO, et al., | |
| Defendants. | |

COME NOW the Plaintiffs Matthew Muller and Huei Dai and move the Court to dismiss the instant matter without prejudice. In support of this request, Plaintiffs state as follows:

1. On March 3, 2020, the complaint initiating this matter

1  was submitted to Stanton Correctional Facility officials for mailing.

2. The complaint was prompted by a March 2, 2020, change in Facility policy that made it impossible for the Plaintiff Matthew Muller to comply with this Court's local rules and to fairly litigate another matter before this Court.

3. March 4, 2020, was the last day on which Plaintiffs could include a California government damages claim that also related to access to court issues. Plaintiffs had filed an administrative claim to preserve remedies, but had not followed up with a court action and had no intent to do so until the recent policy change.

4. As referenced in a case management statement filed with the complaint, it was a rapidly prepared complaint to avoid exceeding the limitations period. Since that filing, Plaintiffs have determined that the gravamen of their complaint involves injunctive relief better sought in a state court with supervisory authority over the jail for purposes of access to court issues.

WHEREFORE, the Court should grant the Plaintiffs' request to dismiss this matter without prejudice.

Respectfully submitted,

Dated: March 15, 2020    Signed: /s/    Signed: /s/
                         Matthew Muller, Pro Se   Huei Dai, Pro Se